UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against –

MARK JOHNSON and STUART SCOTT,

Defendants.

16 MJ 0674 (LB)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for Defendant Mark Johnson.  He is admitted to practice in this Court.

Dated:  New York, New York
        July 21, 2016

Respectfully submitted,

LANKLER SIFFERT & WOHL LLP

By: _____
        Frank H. Wohl

500 Fifth Avenue, 34th Floor
New York, NY 10110
Telephone (212) 921-8399
Fax (212) 764-3701
fwohl@lswlaw.com

*Attorneys for Defendant Mark Johnson*